

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

———————————————

No. 02-20-00030-CR

———————————————

JESSIE ANDERSON PETITE, Appellant

V.

THE STATE OF TEXAS

On Appeal from the 396th District Court
Tarrant County, Texas
Trial Court No. 1432922

Before Sudderth, C.J.; Womack and Wallach, JJ.
Memorandum Opinion by Justice Womack

# MEMORANDUM OPINION

Jessie Anderson Petite attempts to appeal from the trial court's order denying his pro se motion for discovery under Texas Code of Criminal Procedure art. 39.14. According to that motion, Petite did not file it until well after he was convicted of murder in the underlying cause.

In the criminal context, our jurisdiction is generally limited to cases in which the trial court has signed a judgment of conviction. *McKown v. State*, 915 S.W.2d 160, 161 (Tex. App.— Fort Worth 1996, no pet.). We do not have jurisdiction to review a trial court's orders unless that jurisdiction has been expressly granted by statute. *Ragston v. State*, 424 S.W.3d 49, 52 (Tex. Crim. App. 2014). The order from which Petite attempts to appeal is not a final judgment of conviction, nor is it a nonfinal order that has been made appealable by statute. *See Delgado-Gordon v. State*, No. 07-19-00189-CR, 2019 WL 2480047, at *1 (Tex. App.—Amarillo June 13, 2019, no pet.) (per curiam) (mem. op., not designated for publication).

We notified Petite of our jurisdictional concern and stated that we would dismiss this appeal for want of jurisdiction unless we received a response showing grounds for continuing it. Although Petite filed a response, it does not show grounds for continuing this appeal. Accordingly, we dismiss this appeal for want of jurisdiction. *See* Tex. R. App. P. 43.2(f); *McKown*, 915 S.W.2d at 161.

/s/ Dana Womack

Dana Womack
Justice

Do Not Publish
Tex. R. App. P. 47.2(b)

Delivered:  March 5, 2020